IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNICORN GLOBAL INC, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GOLABS INC, § <br> § <br> Defendant. § | | Civil Action No. 3:19-CV-00754-N-BT |

### ORDER

The Joint Motion to continue [189] is granted. The following deadlines are amended as follows:

| Event | Previous Date | Amended Date |
|---|---|---|
| Initial Expert Disclosure | 1/8/2021 | 1/28/2021 |
| Responsive Expert Disclosure | 2/8/2021 | 2/18/2021 |
| Rebuttal Expert Disclosure | 2/22/2021 | 3/4/2021 |
| Close of Discovery | 3/9/2021 | 3/25/2021 |
| All motions, including any objections to expert testimony | 3/9/2021 | 3/25/2021 |

Signed January 5, 2021.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE